## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN CITY BROOMFIELD, | ) | 3:18-cv-00295-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 4, 2020 |
| ROMEO ARANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

 Before the court is Plaintiff's "Motion Requesting the Court to Send Copy of Complaint Sience (sic) the Case is Being Dismissed" (ECF No. 26).

 **IT IS HEREBY ORDERED** that Plaintiff's "Motion Requesting the Court to Send Copy of Complaint Sience (sic) the Case is Being Dismissed" (ECF No. 26) is **GRANTED**.  The Clerk shall send Plaintiff a copy of the Complaint (ECF No. 5).

 DEBRA K. KEMPI, CLERK

 By:  <u>      /s/                          </u>
       Deputy Clerk